FILED

2007 FEB -8 PM 3:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR0345-R |
| Plaintiff, ) | **ORDER DISMISSING INDICTMENT** |
| v. ) | |
| MARIO GUSTAVO GUERRERO-CRUZ, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Indictment charging Deported Alien Found in the United States (Felony), in violation of Title 8, U.S.C., Section 1326, filed February 22, 2006, be **dismissed, with prejudice,** as to defendant Mario Gustavo Guerrero-Cruz.

IT IS FURTHER ORDERED that **bond be exonerated, if bond was posted, or defendant Mario Gustavo Guerrero-Cruz be released if in custody.**

IT IS FURTHER ORDERED that **all pending dates be vacated** as to the defendant.

DATED: Feb 8, 2007

_____
HON. JOHN S. RHOADES
United States District Judge

cc: All parties

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 2006 CR 345-R
) 
vs ) ABSTRACT OF ORDER
)
) Booking No. _____
MARIO GUSTAVO GUERRERO-CRUZ )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __FEBRUARY 8, 2007__

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

Received _____
         DUSM

★ U.S. GPO: 1996-783-398/40151

Crim-9   (Rev 6-95)

CLERKS' COPY